No. 13,008.

ERNST *v.* COLBURN.
(27 P. [2d] 1115)

Decided November 27, 1933.

Mr. W. R. RAMSEY, for plaintiff in error.

No appearance for defendant in error.